# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**INEABELLE MEDINA,**

    **Plaintiff,**

v.                                                             **Case No: 6:15-cv-991-Orl-28TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her applications for a period of disability, disability insurance benefits, and supplemental security income (Doc. No. 1) (filed June 17, 2015). The United States Magistrate Judge has submitted a report recommending that the final decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 10, 2016 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

DONE and ORDERED in Orlando, Florida, on July 6, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge
Signed in the absence of and at the
direction of Judge John Antoon II

Copies furnished to:

United States Magistrate Judge
Counsel of Record